FILED

2011 MAY -4 PM 3:37

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMUEL ARCURE,

Plaintiff,

vs.

CASE NUMBER:

WILLIAM McCABE,

2:11-cv-266-FtM-34DNF

Defendant.

_______________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, SAMUEL ARCURE, by and through his undersigned attorneys, and sues the Defendant, WILLIAM McCABE, and alleges as follows:

1. Plaintiff is a citizen of the state of Florida and defendant is a citizen of Indiana. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §§ 1332. In the event this matter does not come under the diversity jurisdiction of the Court, the Plaintiff shall proceed under the admiralty jurisdiction as the tort occurred on navigable waters of the United States of America.

2. On or about November 13, 2009 WILLIAM McCABE and Dennis McCoy were the owners of a 2006 Rinker pleasure boat bearing registration number FL1946NB, (hereinafter "motor vessel").

3. At all material times hereto WILLIAM McCABE was operating and on board said motor vessel.

4. On or about November 13, 2009, aforementioned motor vessel had been towed into

Fishtail Marina located at Fort Myers Beach, Florida due to mechanical difficulties.

5. Shortly after docking, the motor vessel was moved stern first into the dock to be fueled.

6. Defendant, WILLIAM McCABE, owed a duty to operate the vessel in a manner that was reasonable under the circumstances.

7. Defendant, WILLIAM McCABE, breached the aforementioned duty by;

a. failing to post a lookout near the bow to properly judge distance in which to navigate the motor vessel;(33 U.S.C.A. §§ 2001 et seq.)

b. failing to judge the distance needed to safely navigate motor vessel stern first;

c. activating bow thrusters prematurely;

d. failing to monitor the location and assistance offered by dock worker, SAMUEL ARCURE;

e. failing to worn and signal to Plaintiff, SAMUEL ARCURE, that the Defendant would activate the bow thrusters and

f. failing to exercise reasonable care when operating the motor vessel so as to avoid causing injury to the Plaintiff, SAMUEL ARCURE.

8. As a direct and proximate result of the negligence of the Defendant, WILLIAM McCABE, SAMUEL ARCURE suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment. The losses are either permanent or continuing in nature and the Plaintiff, SAMUEL ARCURE will continue to suffer these losses in the future.

WHEREFORE the Plaintiff, SAMUEL ARCURE, sues the Defendant, WILLIAM McCABE,

for compensatory damages in the amount in excess of fifteen thousand dollars ($75,000.00) exclusive of interest and costs and demands trial by jury on all issues triable as of right by a jury.

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following to: WILLIAM McCABE, 430 Cove Tower Dr., Apt 1103, Naples, FL 34110 and WILLIAM McCABE, 1634 Truchard Ct., Crown Point, IN 46307-2672, this 4th day of May, 2011.

I further certify that I mailed the following document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

Carlos J. Cavenago, III
FLORIDA BAR NO.: 753955
PARVEY & FRANKEL ATTORNEYS, P.A.
2069 First Street, Suite 100
Fort Myers, FL 33901-9327
Telephone:(239) 334-0300
Facsimile:(239) 334-0992
Email: carlos@parveyfrankel.com
Attorneys for Plaintiff

Allan M. Parvey
FLORIDA BAR NO.: 148491
PARVEY & FRANKEL ATTORNEYS, P.A.
2069 First Street, Suite 100
Fort Myers, FL 33901-9327
Telephone:(239) 334-0300
Facsimile:(239) 334-0992
Email: amparvey@aol.com
Attorneys for Plaintiff